DENIS R. SALMON, SBN 072500
SALLY J. BERENS, SBN 218880
JOSEPH W. GUZZETTA, SBN 233560
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

Attorneys for Defendant
ADVANCED DIGITAL BROADCAST
HOLDINGS SA

FILED
2008 JAN 11 P 3: 30
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S J

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW GRZEGOREK,<br><br>    Plaintiff,<br><br>v.<br><br>ADVANCED DIGITAL BROADCAST HOLDINGS SA, a Swiss corporation (formerly Advanced Digital Broadcast Limited, a corporation of British Virgin Islands), and DOES 1-50,<br><br>    Defendants. | CASE NO. C08 00212 PVT<br><br>**PROOF OF SERVICE**<br><br>[Santa Clara Superior Court Case No. 1-07-CV-096891] |

## PROOF OF SERVICE

I am employed in the City of Palo Alto, County of Santa Clara, State of California. I am over the age of 18 years and am not a party to this action. My business address is 1881 Page Mill Road, Palo Alto, California 94304, in said County and State. On January 11, 2008, I served the following:

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441;**
**NOTICE TO PLAINTIFF OF REMOVAL TO FEDERAL COURT;**
**NOTICE OF NOTICE OF REMOVAL AND PROOF OF SERVICE**

by placing a true copy thereof in an envelope addressed to each of the persons named below at the address shown:

Ernest M. Malaspina, Esq.
Noelle R. Dunn, Esq.
Hopkins and Carley
P.O. Box 1469
San Jose, CA 95109-1469

__X__ **BY U.S. MAIL:** I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

____ **BY PERSONAL SERVICE:** I placed a true copy in a sealed envelope addressed to each person[s] named at the address[es] shown and giving same to a messenger for personal delivery before 5:00 p.m. on the above-mentioned date.

____ **BY FACSIMILE:** From facsimile machine telephone number (650) 849-5333, on the above-mentioned date, I served a full and complete copy of the above-referenced document[s] by facsimile transmission to the person[s] at the number[s] indicated.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that the foregoing document(s) were printed on recycled paper.

Executed at Palo Alto, California, on January 11, 2008.

_Karen Leonard_
Karen Leonard

100369252_1.DOC

Gibson, Dunn & Crutcher LLP

PROOF OF SERVICE