DENIS R. SALMON, SBN 072500
SALLY J. BERENS, SBN 218880
JOSEPH W. GUZZETTA, SBN 233560
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

Attorneys for Defendant
ADVANCED DIGITAL BROADCAST
HOLDINGS SA

ERNEST M. MALASPINA, SBN 187946
NOELLE R. DUNN, SBN 226913
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S. First Street
San Jose, California 95113-2406

Attorneys for Plaintiff
ANDREW GRZEGOREK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW GRZEGOREK,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED DIGITAL BROADCAST HOLDINGS SA, a Swiss corporation (formerly Advanced Digital Broadcast Limited, a corporation of British Virgin Islands), and DOES 1-50,<br><br>Defendants. | CASE NO. C-08-00212 PVT<br><br>STIPULATION TO EXTEND TIME FOR DEFENDANT ADVANCED DIGITAL BROADCAST HOLDINGS SA TO RESPOND TO THE COMPLAINT OF PLAINTIFF ANDREW GRZEGOREK<br><br>Date:    N/A<br>Time:   N/A |

1  IT IS HEREBY STIPULATED, pursuant to Civil L.R. 6-1(a), by and between plaintiff ANDREW GRZEGOREK and defendant ADVANCED DIGITAL BROADCAST HOLDINGS SA ("Advanced Digital"), that the time by which Advanced Digital must answer or otherwise respond to the Complaint in the above-captioned action is extended to February 11, 2008.

DATED: January 17, 2008

GIBSON, DUNN & CRUTCHER LLP

By: _____
Sally J. Berens

Attorneys for Defendant
ADVANCED DIGITAL BROADCAST
HOLDINGS SA

DATED: January 17, 2008

HOPKINS & CARLEY

By: _____
Noelle R. Dunn

Attorneys for Plaintiff
ANDREW GRZEGOREK

100369751_1.DOC