1  DENIS R. SALMON, SBN 072500
   SALLY J. BERENS, SBN 218880
2  JOSEPH W. GUZZETTA, SBN 233560
   GIBSON, DUNN & CRUTCHER LLP
3  1881 Page Mill Road
   Palo Alto, California 94304
4  Telephone: (650) 849-5300
   Facsimile: (650) 849-5333
5
   Attorneys for Defendant
6  ADVANCED DIGITAL BROADCAST
   HOLDINGS SA
7
   ERNEST M. MALASPINA, SBN 187946
8  NOELLE R. DUNN, SBN 226913
   HOPKINS & CARLEY
9  A Law Corporation
   The Letitia Building
10 70 S. First Street
   San Jose, California 95113-2406
11
   Attorneys for Plaintiff
12 ANDREW GRZEGOREK

13

14               UNITED STATES DISTRICT COURT

15               NORTHERN DISTRICT OF CALIFORNIA

16

17 | ANDREW GRZEGOREK,                          | CASE NO. C-08-00212 PVT
18 |        Plaintiff,                          | STIPULATION TO EXTEND TIME FOR
   |                                            | DEFENDANT ADVANCED DIGITAL
19 |   v.                                       | BROADCAST HOLDINGS SA TO RESPOND
   |                                            | TO THE COMPLAINT OF PLAINTIFF
20 | ADVANCED DIGITAL BROADCAST                 | ANDREW GRZEGOREK
   | HOLDINGS SA, a Swiss corporation (formerly |
21 | Advanced Digital Broadcast Limited, a      |
   | corporation of British Virgin Islands), and DOES | Date:   N/A
22 | 1-50,                                      | Time:   N/A
23 |        Defendants.                         |

24

25

26

27

28

1  IT IS HEREBY STIPULATED, pursuant to Civil L.R. 6-1(a), by and between plaintiff
2  ANDREW GRZEGOREK and defendant ADVANCED DIGITAL BROADCAST HOLDINGS SA
3  ("Advanced Digital"), that the time by which Advanced Digital must answer or otherwise respond to
4  the Complaint in the above-captioned action is extended to February 25, 2008.

5  DATED: February 6, 2008                GIBSON, DUNN & CRUTCHER LLP

7                                          By: _____
                                                Sally J. Berens

   Attorneys for Defendant
9  ADVANCED DIGITAL BROADCAST
   HOLDINGS SA

11  DATED: February 7, 2008               HOPKINS & CARLEY

13                                          By: _____
                                                Noelle R. Dunn

   Attorneys for Plaintiff
15  ANDREW GRZEGOREK

16  100380271_1.DOC

STIPULATION TO EXTEND
TIME TO ANSWER COMPLAINT                                CASE NO. C-08-00212 PVT