DENIS R. SALMON, SBN 072500
SALLY J. BERENS, SBN 218880
JOSEPH W. GUZZETTA, SBN 233560
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

Attorneys for Defendant
ADVANCED DIGITAL BROADCAST
HOLDINGS SA

ERNEST M. MALASPINA, SBN 187946
NOELLE R. DUNN, SBN 226913
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S. First Street
San Jose, California 95113-2406

Attorneys for Plaintiff
ANDREW GRZEGOREK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW GRZEGOREK,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED DIGITAL BROADCAST HOLDINGS SA, a Swiss corporation (formerly Advanced Digital Broadcast Limited, a corporation of British Virgin Islands), and DOES 1-50,<br><br>Defendants. | CASE NO. C-08-00212 PVT<br><br>STIPULATION BASED UPON AGREEMENT IN PRINCIPLE TO SETTLE ACTION TO EXTEND TIME FOR DEFENDANT ADVANCED DIGITAL BROADCAST HOLDINGS SA TO RESPOND TO THE COMPLAINT OF PLAINTIFF ANDREW GRZEGOREK<br><br>Date:   N/A<br>Time:   N/A |

WHEREAS, on February 14, 2008, plaintiff Andrew Grzegorek and defendant Advanced Digital Broadcast Holdings SA ("Advanced Digital") held a meeting for the purposes of discussing potential settlement of all claims in this action at the law offices of Gibson, Dunn & Crutcher LLP in Palo Alto, California;

WHEREAS, at that meeting, the parties reached an agreement in principle to settle this matter, such that the parties contemplate dismissal with prejudice of all claims in this action, subject to the negotiation of the terms of a final, confidential settlement agreement; and

WHEREAS, to conserve the resources of the parties and the Court, the parties have agreed to extend the time by which Advanced Digital must answer or otherwise respond to the Complaint in the above-captioned action to March 26, 2008.

NOW THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil L.R. 6-1(a), by and between plaintiff ANDREW GRZEGOREK and defendant ADVANCED DIGITAL BROADCAST HOLDINGS SA, that the time by which Advanced Digital must answer or otherwise respond to the Complaint in the above-captioned action is extended to March 26, 2008.

DATED: February 20, 2008

GIBSON, DUNN & CRUTCHER LLP

By: _____
Sally J. Berens

Attorneys for Defendant
ADVANCED DIGITAL BROADCAST
HOLDINGS SA

DATED: February __, 2008

HOPKINS & CARLEY

By: _____
Noelle R. Dunn

Attorneys for Plaintiff
ANDREW GRZEGOREK

100393398_1.DOC

1   WHEREAS, on February 14, 2008, plaintiff Andrew Grzegorek and defendant Advanced Digital Broadcast Holdings SA ("Advanced Digital") held a meeting for the purposes of discussing potential settlement of all claims in this action at the law offices of Gibson, Dunn & Crutcher LLP in Palo Alto, California;

WHEREAS, at that meeting, the parties reached an agreement in principle to settle this matter, such that the parties contemplate dismissal with prejudice of all claims in this action, subject to the negotiation of the terms of a final, confidential settlement agreement; and

WHEREAS, to conserve the resources of the parties and the Court, the parties have agreed to extend the time by which Advanced Digital must answer or otherwise respond to the Complaint in the above-captioned action to March 26, 2008.

NOW THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil L.R. 6-1(a), by and between plaintiff ANDREW GRZEGOREK and defendant ADVANCED DIGITAL BROADCAST HOLDINGS SA, that the time by which Advanced Digital must answer or otherwise respond to the Complaint in the above-captioned action is extended to March 26, 2008.

DATED: February __, 2008            GIBSON, DUNN & CRUTCHER LLP


                                    By: _____
                                            Sally J. Berens

                                    Attorneys for Defendant
                                    ADVANCED DIGITAL BROADCAST
                                    HOLDINGS SA


DATED: February 20, 2008            HOPKINS & CARLEY


                                    By: _____
                                            Ernest M. Malaspina

                                    Attorneys for Plaintiff
                                    ANDREW GRZEGOREK

100393398_1.DOC