**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

ANDREW GREZEGOREK,                                        C 08-00212 PVT

    *Plaintiff(s),*

               **CLERK'S NOTICE RESCHEDULING**
               **CASE MANAGEMENT CONFERENCE**

*vs.*

ADVANCED DIGITAL BROADCASTING HOLDINGS, SA,

    *Defendant(s).*

_____

   Please take notice that the Case Management Conference previously scheduled  for April 29, 2008 has been rescheduled for **June 3, 2008 at 2:00 p.m.** before Magistrate Patricia V. Trumbull**.**  Parties are to appear  in courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.


Dated: April 21, 2008                                        /s/ Corinne Lew
               _____
               Corinne Lew
               DEPUTY CLERK