1  DENIS R. SALMON, SBN 072500
   SALLY J. BERENS, SBN 218880
2  JOSEPH W. GUZZETTA, SBN 233560
   GIBSON, DUNN & CRUTCHER LLP
3  1881 Page Mill Road
   Palo Alto, California 94304
4  Telephone: (650) 849-5300
   Facsimile: (650) 849-5333
5
   Attorneys for Defendant
6  ADVANCED DIGITAL BROADCAST
   HOLDINGS SA
7
   ERNEST M. MALASPINA, SBN 187946
8  NOELLE R. DUNN, SBN 226913
   HOPKINS & CARLEY
9  A Law Corporation
   The Letitia Building
10 70 S. First Street
   San Jose, California 95113-2406
11
   Attorneys for Plaintiff
12 ANDREW GRZEGOREK

13

14               UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16

17 | ANDREW GRZEGOREK,                                  | CASE NO. C-08-00212 PVT
18 |         Plaintiff,                                 | STIPULATION BASED UPON
   |                                                    | AGREEMENT IN PRINCIPLE TO SETTLE
19 |    v.                                              | ACTION TO EXTEND TIME FOR
   |                                                    | DEFENDANT ADVANCED DIGITAL
20 | ADVANCED DIGITAL BROADCAST                         | BROADCAST HOLDINGS SA TO RESPOND
   | HOLDINGS SA, a Swiss corporation (formerly         | TO THE COMPLAINT OF PLAINTIFF
21 | Advanced Digital Broadcast Limited, a              | ANDREW GRZEGOREK
   | corporation of British Virgin Islands), and DOES   |
22 | 1-50,                                              |
   |                                                    | Date:   N/A
23 |         Defendants.                                | Time:   N/A

24

25

26

27

28
Gibson, Dunn &
Crutcher LLP

                                      1
NOTICE OF SETTLEMENT IN PRINCIPLE AND
STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT                    CASE NO. C-08-00212 PVT

1  WHEREAS, on February 14, 2008, plaintiff Andrew Grzegorek and defendant Advanced Digital Broadcast Holdings SA ("Advanced Digital") held a meeting for the purposes of discussing potential settlement of all claims in this action at the law offices of Gibson, Dunn & Crutcher LLP in Palo Alto, California;

WHEREAS, at that meeting, the parties reached an agreement in principle to settle this matter, such that the parties contemplate dismissal with prejudice of all claims in this action, subject to the negotiation of the terms of a final, confidential settlement agreement; and

WHEREAS, to conserve the resources of the parties and the Court, the parties have agreed to extend the time by which Advanced Digital must answer or otherwise respond to the Complaint in the above-captioned action to May 1, 2008.

NOW THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil L.R. 6-1(a), by and between plaintiff ANDREW GRZEGOREK and defendant ADVANCED DIGITAL BROADCAST HOLDINGS SA, that the time by which Advanced Digital must answer or otherwise respond to the Complaint in the above-captioned action is extended to May 1, 2008.

DATED: April 24, 2008

GIBSON, DUNN & CRUTCHER LLP

By: _____
Sally J. Berens

Attorneys for Defendant
ADVANCED DIGITAL BROADCAST
HOLDINGS SA

DATED: April 24, 2008

HOPKINS & CARLEY

By: _____
Noelle R. Dunn

Attorneys for Plaintiff
ANDREW GRZEGOREK

100433872_1.DOC