**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

ANDREW GRZEGOREK,

    *Plaintiff(s)*,

vs.

ADVANCED DIGITAL BROADCASTING HOLDINGS, SA,

    *Defendant(s)*.

C 08-00212 PVT

**CLERK'S NOTICE RESCHEDULING CASE MANAGEMENT CONFERENCE**

Please take notice that the Case Management Conference previously scheduled for June 3, 2008 has been rescheduled for **September 9, 2008 at 2:00 p.m.** before Magistrate Patricia V. Trumbull. Parties are to appear in courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: May 28, 2008

/s/ Corinne Lew
Corinne Lew
DEPUTY CLERK