```
 1  DENIS R. SALMON, SBN 072500
    SALLY J. BERENS, SBN 218880
 2  JOSEPH W. GUZZETTA, SBN 233560
    GIBSON, DUNN & CRUTCHER LLP
 3  1881 Page Mill Road
    Palo Alto, California 94304
 4  Telephone: (650) 849-5300
    Facsimile: (650) 849-5333
 5
    Attorneys for Defendant
 6  ADVANCED DIGITAL BROADCAST
    HOLDINGS SA
 7
    ERNEST M. MALASPINA, SBN 187946
 8  NOELLE R. DUNN, SBN 226913
    HOPKINS & CARLEY
 9  A Law Corporation
    The Letitia Building
10  70 S. First Street
    San Jose, California 95113-2406
11
    Attorneys for Plaintiff
12  ANDREW GRZEGOREK
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW GRZEGOREK,<br><br>           Plaintiff,<br><br>      v.<br><br>ADVANCED DIGITAL BROADCAST HOLDINGS SA, a Swiss corporation (formerly Advanced Digital Broadcast Limited, a corporation of British Virgin Islands), and DOES 1-50,<br><br>           Defendants. | CASE NO. C-08-00212 PVT<br><br>STIPULATION BASED UPON AGREEMENT IN PRINCIPLE TO SETTLE ACTION TO EXTEND TIME FOR DEFENDANT ADVANCED DIGITAL BROADCAST HOLDINGS SA TO RESPOND TO THE COMPLAINT OF PLAINTIFF ANDREW GRZEGOREK<br><br>Date:      N/A<br>Time:     N/A |

WHEREAS, on February 14, 2008, plaintiff Andrew Grzegorek and defendant Advanced Digital Broadcast Holdings SA ("Advanced Digital") held a meeting for the purposes of discussing potential settlement of all claims in this action at the law offices of Gibson, Dunn & Crutcher LLP in Palo Alto, California;

WHEREAS, at that meeting, the parties reached an agreement in principle to settle this matter, such that the parties contemplate dismissal with prejudice of all claims in this action, subject to the negotiation of the terms of a final, confidential settlement agreement; and

WHEREAS, to conserve the resources of the parties and the Court, the parties have agreed to extend the time by which Advanced Digital must answer or otherwise respond to the Complaint in the above-captioned action to June 30, 2008.

NOW THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil L.R. 6-1(a), by and between plaintiff ANDREW GRZEGOREK and defendant ADVANCED DIGITAL BROADCAST HOLDINGS SA, that the time by which Advanced Digital must answer or otherwise respond to the Complaint in the above-captioned action is extended to June 30, 2008.

DATED: May 29, 2008

GIBSON, DUNN & CRUTCHER LLP

By: _____
Sally J. Berens

Attorneys for Defendant
ADVANCED DIGITAL BROADCAST
HOLDINGS SA

DATED: May 28, 2008

HOPKINS & CARLEY

By: _____
Ernest M. Malaspina

Attorneys for Plaintiff
ANDREW GRZEGOREK

100453502_1.DOC