Ernest M. Malaspina, Bar No. 187946
emalaspina@hopkinscarley.com
Noelle R. Dunn, Bar No. 226913
ndunn@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:   (408) 286-9800
Facsimile:    (408) 998-4790

Attorneys for Plaintiff
ANDREW GRZEGOREK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW GRZEGOREK,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED DIGITAL BROADCAST HOLDINGS SA, a Swiss corporation (formerly Advanced Digital Broadcast Limited, a corporation of British Virgin Islands), and DOES 1-50,<br><br>Defendants. | CASE NO. C-08-00212 PVT<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure Rule 41(a), plaintiff Andrew Grzegorek voluntarily dismisses the above-captioned action with prejudice.

Dated: July 7, 2008

HOPKINS & CARLEY
A Law Corporation

By: /s/ Noelle R. Dunn
Noelle R. Dunn
Attorneys for Plaintiff
ANDREW GRZEGOREK